FILED
JAMES J. VILT, JR. - CLERK

OCT 16 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:24CR-112-DJH

**FRANK H. BROWN**
**BRUCE A. MILLS**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(a)
18 U.S.C. § 924(d)
18 U.S.C. § 2
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Conspiracy to Possess with Intent to Distribute Controlled Substances)*

Beginning on a date unknown to the Grand Jury, but at least as early as January 8, 2024 continuing up to and through on or about May 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS,** knowingly conspired with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute controlled substances, to include: fifty (50) grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812; a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance as defined in Title 21, United States Code, Section 812; and a mixture or substance containing a detectable amount of N,N-diethyl-2-(2-(4-

methoxybenzl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, commonly known as "metonitazene", a Schedule I controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute Methamphetamine and Metonitazene)*

On or about January 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS,** aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N,N-diethyl-2-(2-(4-methoxybenzl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, commonly known as "metonitazene", a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Methamphetamine and Fentanyl)*

On or about February 6, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Possession with Intent to Distribute Methamphetamine and Fentanyl)*

On or about March 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl]

propanamide, commonly known as "fentanyl", a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

### COUNT 5
*(Possession with Intent to Distribute Methamphetamine and Fentanyl)*

On or about March 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

### COUNT 6
*(Possession with Intent to Distribute Methamphetamine and Fentanyl)*

On or about March 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by

each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N-phenyl-N-[(1-(2-phenethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl", a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 7
*(Possession with Intent to Distribute Methamphetamine and Metonitazene)*

On or about April 8, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N,N-diethyl-2-(2-(4-methoxybenzl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, commonly known as "metonitazene", a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 8
*(Possession with Intent to Distribute Methamphetamine and Metonitazene)*

On or about April 23, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N,N-diethyl-2-(2-(4-methoxybenzl)-5-nitro-1H-benzimidazol-1-yl)ethan-1-amine, commonly known as "metonitazene", a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 9
*(Possession with Intent to Distribute Methamphetamine and Metonitazene)*

On or about April 30, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, and a mixture and substance containing a detectable amount of N,N-diethyl-2-(2-(4-methoxybenzl)-5-nitro-1H-

benzimidazol-1-yl)ethan-1-amine, commonly known as "metonitazene", a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 10
*(Possession with Intent to Distribute Methamphetamine)*

On or about May 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 11
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about May 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRUCE A. MILLS**, in furtherance of a drug trafficking crime, possessed a firearm, that is: a SCCY Industries, model CPX-2, nine-millimeter handgun, bearing serial number 88994; a Glock, model 19 Gen 5, 9 x 19 handgun, bearing serial number BZBL502; and a Tisas, model 1911 A1, .45 caliber handgun, serial number T0620-22Z14480.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **FRANK H. BROWN** and **BRUCE A. MILLS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including but not limited to the firearms and ammunition listed herein.

As a result of committing an offense in violations of Title 18, United States code, Section 924(c)(1)(A), as alleged in this Indictment, the defendant, **BRUCE A. MILLS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a SCCY Industries, model CPX-2, nine-millimeter handgun, bearing serial number 88994; a Glock, model 19 Gen 5, 9 x 19 handgun, bearing serial number BZBL502; and a Tisas, model 1911 A1, .45 caliber handgun, serial number T0620-22Z14480; and assorted rounds of ammunition.

A TRUE BILL.

Redacted

FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MAC:10/16/2024

UNITED STATES OF AMERICA v. **FRANK H. BROWN** and **BRUCE A. MILLS**

## PENALTIES

Count 1: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Fentanyl and Metonitazene) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 2: (Methamphetamine) NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./Up to on Life Supervised Release.
(Metonitazene) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 3: (Methamphetamine) NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./Up to on Life Supervised Release.
(Fentanyl) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 4: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Fentanyl) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 5: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Fentanyl) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 6: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Fentanyl) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 7: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Metonitazene) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 8: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Metonitazene) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 9: (Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
(Metonitazene) NM 20 yrs./$1,000,000/both/ NL 3 yrs./Up to Life Supervised Release.
Count 10:(Methamphetamine) NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./Up to Life on Supervised Release.
Count 11:NL 5 yrs. consecutive/$250,000/both/NM 5 yrs. Supervised Release.
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
                 $125 per count/other                   $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.