

**FILED**
JAMES J. VILT, JR. - CLERK
NOV - 5 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 3:24-cr-112-DJH    Style of Case: USA v. Mills
Received from: A. Henry    Received by: DWohner    Date: 11/5/2024

Proceedings: Detention Hearing 10/30/2024

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Dft 1 | CourtNet Record | USA 1 | Photo |
| | | 2 | Photo |
| | | 3 | Photo |
| | | 4 | Photo |
| | | 5 | Photo |
| | | 6 | Photo |
| | | 7 | Photo |
| | | 8 | Photo |
| | | 9 | Photo |
| | | 10 | Photo |
| | | 11 | Photo |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION:
**DATE:** _____ **RETURNED BY:** _____, **Deputy Clerk**